**NORRIS McLAUGHLIN, P.A.**
Nicholas F. Pellitta, Esq.
400 Crossing Blvd., 8th Floor
Bridgewater, NJ 08807-5933
Office: (908) 722-0700
Direct: (908) 252-4164
Email: nfpellitta@norris-law.com
*Attorneys for Defendant, University Correctional Health Care, a constituent unit of Rutgers, The State University of New Jersey and Ayodiran Ayorinde*

| | |
|---|---|
| JOSHUA WOLFE,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITY CORRECTIONAL HEALTHCARE, et al.,<br><br>Defendants. | **UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**<br><br>CASE NO. 1:21-CV-20302<br><br>**ORDER GRANTING LEAVE TO CONDUCT DEPOSITION OF PLAINTIFF JOSHUA WOLFE** |

**THIS MATTER** having been opened to the Court upon application of Defendants, University Correctional Healthcare, a constituent unit of Rutgers, The State University of New Jersey and Ayodiran Ayorinde by and through their counsel Norris McLaughlin, P.A., and Defendants, the State of New Jersey Department of Corrections, Frank Martinez, and Edwin Roman by and through their counsel the State of New Jersey Office of the Attorney General; with the consent of Plaintiff, Joshua Wolfe's counsel, Kober Law Firm LLC; for an Order pursuant to Fed. R. Civ. P. 30(a)(2)(B), granting leave of Court to conduct the Plaintiff's deposition, and for good cause having been shown;

**IT IS** on this 23rd day of January, 2023, hereby **ORDERED** as follows:

(1)   The parties are granted leave of Court to conduct the deposition of Plaintiff, Joshua Wolfe, SBI #000389542E, an inmate at Northern State Prison, 168 Frontage Road, Newark, New Jersey 07114, on February 21, 2023 at 10:00 A.M.;

(2)   A Court reporter with Veritext Legal Solutions is permitted to attend the deposition and bring a steno machine, a laptop computer, tape recorder, and/or microphone (and the various cords and plugs for such equipment into the New Jersey State Prison for the purpose of recording said deposition; and

(3)   Nicholas F. Pellitta, Esq., Marvin Freeman, Esq., and Peter Kober, Esq. (or an attorney from each of their respective offices) are permitted entry into Northern State Prison to conduct the deposition.

_____
HONORABLE SHARON A. KING, U.S.M.J.

(  ) Opposed

(  ) Unopposed

12010299.1